1  McGREGOR W. SCOTT
   United States Attorney
2  AMY SCHULLER HITCHCOCK
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   ERIC DREIBAND
6  Assistant Attorney General
   AVNER SHAPIRO
7  Trial Attorney
   United States Department of Justice
8  Criminal Section, Civil Rights Division
   950 Pennsylvania Avenue, NW
9  Washington, D.C. 20530

10 Attorneys for Plaintiff
   United States of America

**FILED**
JUN 20 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0112 WBS |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| NERY A. MARTINEZ VASQUEZ AND MAURA N. MARTINEZ, | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Amy Schuller Hitchcock and Trial Attorney Avner Shapiro to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: 6/20/19

_____
HON. ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3