UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 9, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURA N. MARTINEZ,

Defendant.

Case No. 2:19-cr-00112-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MAURA N. MARTINEZ , Case No.  2:19-cr-00112-WBS  Charge 18 USC V 1594(b); 19 USC § 1589(a); 8 USC §§ 1324(a)(1)(A)(v)(I) and 1324 (a)(1)(B)(i) , from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other):  To be released at 9:00 AM 7/10/2019 to the custody of PTS; the $50,000 Cash Bond MUST be filed no later than Noon, Thursday, July 11, 2019. Secured documents to be filed no later that 14 days from today.  ($225,000)

Issued at Sacramento, California on July 9, 2019 at 2:30 pm.

By: *[signature]*

Magistrate Judge Carolyn K. Delaney