TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURA N. MARTINEZ,<br><br>Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Ms. MAURA N. MARTINEZ was released on conditions in July 2019 and is supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Amy Hitchcock and Pretrial Services Officer Rene Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's conditions of pretrial release be modified as follows.

MODIFY the curfew time.

Specifically, it should change and allow her to leave her residence at 7:00 a.m., Monday through Friday, so she can take her 14-year old son to school.

All other conditions remain in full force and effect.

\\\\\

Respectfully submitted,

Dated: August 15, 2019 /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
MAURA N. MARTINEZ

Dated: August 15, 2019 /s/ Tasha Paris Chalfant for
AMY HITCHCOCK
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: August 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE