TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:         (916) 930-6093
E-Mail:      tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>      Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

  Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Amy Schuller Hitchcock and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

  ALLOW their curfew and travel restrictions to be extended between the dates of Sunday, March 15, 2020 to March 17, 2020.  Specifically:

1  "On March 15, 2020, you both may leave your home in Redding/Shasta Lake, California, at night time and drive to Los Angeles for arrival on the morning of Monday, March 16, 2020.

Attend the March 16, 2020, 11:00 a.m. doctor appointment with Dr. Cezar Velez, M.D., 1411 Sunset Blvd., Suite 203, Los Angeles, California 96026, 213-482-8313.

Stay overnight at The Ramada Inn, 2900 N. San Fernando Blvd., Burbank, California 91504, 818-843-5955, confirmation number 32237605.

Leave Los Angeles area on the morning of Tuesday, March 17, 2020 and drive to Sacramento for an afternoon arrival at the pre-trial therapist appointment.

Ms. MARTINEZ's curfew can be extended an extra two hours to allow for the travel.

During the court ordered travel, the defendants will not be monitored by the location monitoring devices but the travel itinerary has been verified by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  March 10, 2020                /s/Tasha Paris Chalfant
                                      TASHA PARIS CHALFANT
                                      Attorney for Defendant
                                      MAURA N. MARTINEZ

Dated:  March 10, 2020                /s/Tasha Paris Chalfant for
                                      MARK REICHEL
                                      Attorney for Defendant
                                      NERY MARTINEZ VASQUEZ

Dated:  March 10, 2020                /s/Tasha Paris Chalfant for
                                      AMY SCHULLER HITCHCOCK
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

1
**ORDER**

2
    IT IS SO ORDERED.

3
Dated:  March 13, 2020

4

5

6

7
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28