TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:       tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>                    Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR DOCTOR APPOINTMENT ON 01/25/22** |

   Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Katherine Lydon and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

   ALLOW their curfew and travel restrictions to be extended between the dates of Monday, January 24, 2022 to Wednesday, January 26, 2022.  Specifically:

- 1 -

1   "On Monday, January 24, 2022, at approximately 6:00 p.m., you both may leave your home in Redding/Shasta Lake, California, and drive to Los Angeles for arrival on the morning of Tuesday, January 25, 2022, around 7:00 a.m.

Attend the Tuesday, January 25, 2022, 7:00 a.m. doctor appointment #1 (CT scan) with Dr. Daniel Brelian, 3513 Whittier Blvd., Los Angeles, California 90023, 213-830-8960.

Then, attend the Tuesday, January 25, 2022, 8:30 a.m. doctor appointment with Dr. Cesar Velez, 711 W. College Street, Suite 328, Los Angeles, California 90012, 213-482-8313. Ms. Martinez expects to submit to additional blood tests at the direction of Dr. Velez after the appointment. Specific addresses are unknown since it will be based upon the test results conducted by Dr. Velez during the visit. They need to obtain food before heading to the hotel.

Stay overnight at The Ramada Inn, 2900 N. San Fernando Blvd., Burbank, California 91504, 818-843-5955, confirmation number 43003318.

Leave Los Angeles on Wednesday, January 26, 2022, at approximately 1:30 p.m., and arrive in Redding/Shasta Lake on Wednesday, January 26, 2022 around 11:55 p.m.

Ms. MARTINEZ's curfew can be extended an extra two hours to allow for the travel.

During the court ordered travel, the defendants will not be monitored by the location monitoring devices but the travel itinerary has been verified by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated: January 21, 2022         /s/Tasha Paris Chalfant
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                MAURA N. MARTINEZ

Dated: January 21, 2022         /s/Tasha Paris Chalfant for
                                MARK REICHEL
                                Attorney for Defendant
                                NERY MARTINEZ VASQUEZ

- 2 -

- 3 -

Dated:  January 21, 2022

*/s/Tasha Paris Chalfant for*
KATHERINE LYDON
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE