TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:  (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>             Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR DOCTOR APPOINTMENT ON 02/02/22** |

　　　　Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Katherine Lydon and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

　　　　<u>ALLOW</u> their curfew and travel restrictions to be extended between the dates of Tuesday, February 1, 2022 to Thursday, February 3, 2022.  Specifically:

"On Tuesday, February 1, 2022, at approximately 7:00 p.m., you both may leave your home in Redding/Shasta Lake, California, and drive to Los Angeles for arrival on the morning of Wednesday, February 2, 2022, around 7:00 a.m.

Attend the Wednesday, February 2, 2022, 7:00 a.m. check-in for colonoscopy appointment with Dr. Daniel Brelian, 711 W. College Street, Suite 328, Los Angeles, California 90012, 213-830-8960.

Stay overnight at The Ramada Inn, 2900 N. San Fernando Blvd., Burbank, California 91504, 818-843-5955, confirmation number 43095751.

Leave Los Angeles on Thursday, February 3, 2022, at approximately 1:30 p.m., and arrive in Redding/Shasta Lake on Thursday, February 3, 2022 around 11:55 p.m.

Ms. MARTINEZ's curfew can be extended an extra two hours to allow for the travel.

During the court ordered travel, the defendants will not be monitored by the location monitoring devices but the travel itinerary has been verified by Pretrial Services.

All other conditions remain in full force and effect.

Respectfully submitted,

Dated:  January 31, 2022         */s/Tasha Paris Chalfant*
                                  TASHA PARIS CHALFANT
                                  Attorney for Defendant
                                  MAURA N. MARTINEZ

Dated:  January 31, 2022         */s/Tasha Paris Chalfant for*
                                  MARK REICHEL
                                  Attorney for Defendant
                                  NERY MARTINEZ VASQUEZ

Dated:  January 31, 2022         */s/Tasha Paris Chalfant for*
                                  KATHERINE LYDON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 31, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE