UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>NERY A. MARTINEZ VASQUEZ AND MAURA N. MARTINEZ,<br><br>           Defendants. | No. 2:19-CR-0112 WBS<br><br>ORDER RE: REQUEST TO SEAL |

----oo0oo----

        The government has filed a Notice of Request to Seal (Docket No. 100) seeking to seal six exhibits to the sentencing memorandum, consisting of redacted reports of interviews with the victims in this case.  The government represents that sealing these exhibits is necessary because (1) they describe traumatizing uses of force, threats of uses of force, intimidation, and other prohibited means the defendants used to obtain the victims' labor, as well as sexual abuse of minors; and (2) the exhibits describe the victim's biographical information

1

in enough detail that if the documents were filed even in redacted form, there is a significant risk the victims would be publicly identifiable.[1]

The court recognizes that the reports may describe traumatizing episodes, though the government has not provided any authority allowing the court to seal such evidence based solely on its traumatizing nature.  Moreover, the court finds that public policies favoring disclosure of the reports, notwithstanding their possible traumatizing nature, militate against sealing the reports in their entirety.  See Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

The court also recognizes the victims' interests in keeping their identities confidential, but once again finds that the public interest weighs against sealing the reports in their entirety.  See id.  Accordingly, the request to seal will be denied.  However, the court will consider a more tailored request in which all sensitive information is redacted such that the victims' identities may not be determined by the public.

IT IS THEREFORE ORDERED that government's Request to Seal be, and the same hereby is, DENIED without prejudice.

Dated:  February 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The exhibits provided to the court have numerous redactions, primarily of the victims' names, though the names of family members are unredacted.