TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>　　　　　　　　　Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE (CURFEW)** |

　　　Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Audrey Hemesath and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's conditions of pretrial release be modified as follows.

　　　ALLOW their curfew to be extended on two dates of Friday, May 20, 2022 and Wednesday, June 8, 2022.  Specifically:

　　　"On Friday, May 20, 2022, you both may attend your son's college graduation at 11555 Old Oregon Trail, Redding, California 96003.

- 1 -

1  On Wednesday, June 8, 2022, you both may attend your son's high school
2  graduation at 700 Auditorium Drive, Redding, California 96001.
3  Ms. MARTINEZ's curfew can be extended an extra two hours (from 10:00 p.m. to
4  midnight) to allow for the travel on both dates."
5  The travel itinerary has been verified by Pretrial Services.
6  All other conditions remain in full force and effect.

Respectfully submitted,

Dated: May 20, 2022  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
MAURA N. MARTINEZ

Dated: May 20, 2022  /s/Tasha Paris Chalfant for
MARK REICHEL
Attorney for Defendant
NERY MARTINEZ VASQUEZ

Dated: May 20, 2022  /s/Tasha Paris Chalfant for
AUDREY HEMESATH
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: May 20, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE