PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NERY A. MARTINEZ VASQUEZ and<br>MAURA NOEMI MARTINEZ,<br><br>Defendants. | Case No. 2:19-cr-00112-WBS<br><br>**STIPULATION FOR EXONERATION OF DEFENDANTS' CASH APPEARANCE BOND; ORDER THEREON** |

Plaintiff United States of America and Defendants Nery A. Martinez Vasquez and Maura Noemi Martinez hereby stipulate to the exoneration of their cash appearance bonds pursuant to their separately entered plea agreements and on the following grounds:

1. Bail review hearings were held on July 9, 2019. The Court ordered each Defendant to post secured collateral consisting of, *inter alia*, $50,000 cash each. ECF No. 17.

2. Defendants signed plea agreements wherein they each agreed to pay a special assessment of $100, JVTA assessment of $5,000, fine (if ordered), and restitution of $300,000. They agreed that the combined $100,000 appearance bonds should be applied towards the restitution. ECF Nos. 73 and 74.

3. Defendants were sentenced on May 2, 2022. Each Defendant was sentenced to a term of imprisonment and ordered to pay a $100 special assessment, $5,000 JVTA assessment, $25,000 fine, and $300,000 in restitution (the restitution to be joint and several). ECF Nos. 120 & 121.

4. Defendants are required to surrender for service of sentence before 2:00 p.m., on June 28, 2022. Id.

5. The United States and Defendants agree that, upon Defendants' surrender to commence their period of confinement, the cash bonds totaling $100,000 should be exonerated and applied equally to Defendants' restitution pursuant to 28 U.S.C. § 2044.

6. Any interest that has accrued on the cash bonds while in the control of the Clerk of the Court should be returned to Defendants after the $100,000 is exonerated.

7. The United States and Defendants agree that the Court should enter an Order that:

    A. Approves this Stipulation;

    B. Directs the Clerk of the Court to apply the $100,000 bond monies to Defendants' restitution ($50,000 applied to each Defendant) upon their surrender to commence their period of confinement: and

    C. Directs the Clerk of the Court to disburse any accrued interest on the bond monies to Defendants upon their surrender to commence their period of confinement.

Respectfully submitted,

FOR THE UNITED STATES

PHILLIP A. TALBERT
United States Attorney

Dated:   By:   /s/ Robin Tubesing
ROBIN TUBESING
Assistant United States Attorney

FOR THE DEFENDANTS

Dated:   /s/ Tasha P. Chalfant
TASHA PARIS CHALFANT
Attorney for Maura Noemi Martinez

REICHEL & PLESSER, LLP

/s/ Mark J. Reichel
MARK JOSEPH REICHEL
Attorney for Nery A. Martinez Vasquez

**O R D E R**

The Court, having reviewed the court files and the Stipulation for Exoneration of Defendants' Cash Appearance Bond (the Stipulation), and good cause appearing therefrom, hereby **APPROVES** the Stipulation. Accordingly, it is **ORDERED** that:

1. The Clerk of the Court shall apply the principal bond monies totaling $100,000 posted by Defendants to their joint restitution ($50,000 applied to each Defendant) upon their surrender to commence their period of confinement; and

2. The Clerk of the Court shall disburse any accrued interest on the bond monies to Defendants upon their surrender to commence their period of confinement.

IT IS SO ORDERED.

Dated: June 3, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXONERATION OF APPEARANCE BOND; ORDER THEREON

3