TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 444-6100
Fax:                (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
MAURA N. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NERY MARTINEZ VASQUEZ,<br>MAURA N. MARTINEZ,<br><br>Defendant. | 2:19-CR-0112 WBS<br><br>**STIPULATION AND ORDER TO REMOVE ANKLE TRANSMITTERS PRIOR TO SURRENDER TO BOP** |

Ms. MAURA MARTINEZ and Mr. NERY MARTINEZ VASQUEZ were released on conditions in July 2019 and are supervised by the Pretrial Services Agency. After consultation with Assistant United States Attorney Audrey Hemesath and Pretrial Services Officer Renee Basurto, the defense requests and the government does not oppose, that Ms. MARTINEZ's and Mr. MARTINEZ VASQUEZ's ankle transmitters be removed prior to their surrender to Bureau of Prisons (BOP).

Specifically, both defendants are to surrender to two separate BOP locations on June 28, 2022. Ms. MARTINEZ will be leaving her home in Shasta Lake, California with one of her son's on June 28, 2022, at approximately 5:00 a.m. Mr. MARTINEZ

1  VASQUEZ will be leaving his home in Shasta Lake, California on June 28, 2022, at
2  approximately 1:00 a.m. to arrive in Los Angeles, California by 10:30 a.m.
3      The defendants both need their transmitters removed on June 27, 2022 by 3:00
4  p.m. and they will not be electronically monitored while traveling to surrender for their
5  respective sentences.
6      The travel itinerary has been verified by Pretrial Services.

                              Respectfully submitted,

Dated:  June 22, 2022                */s/Tasha Paris Chalfant*
                                        TASHA PARIS CHALFANT
                                        Attorney for Defendant
                                        MAURA N. MARTINEZ

Dated:  June 22, 2022                */s/Tasha Paris Chalfant for*
                                        MARK REICHEL
                                        Attorney for Defendant
                                        NERY MARTINEZ VASQUEZ

Dated:  June 22, 2022                */s/Tasha Paris Chalfant for*
                                        AUDREY HEMESATH
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  June 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE