PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
AUDREY B. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NERY A. MARTINEZ VASQUEZ, and<br>MAURA N. MARTINEZ,<br><br>　　　　　Defendants. | 2:19-CR-00112-WBS<br><br>FINAL ORDER OF FORFEITURE |

On September 30, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1594(d), based upon the plea agreements entered into between plaintiff and defendants Nery A. Martinez Vasquez and Maura N. Martinez forfeiting to the United States the following property:

　　　a.　　Real property located at 1987 Cabello Street, Shasta Lake, California, Shasta County, APN: 007-050-029-000.

Beginning on October 5, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 1594(d), including all right, title, and interest of Nery A. Martinez Vasquez and Maura N. Martinez:

    a. Real property located at 1987 Cabello Street, Shasta Lake, California, Shasta County, APN: 007-050-029-000, and more fully described as:

        Lot 8 in Block 10 of Boomtown Subdivision Unit No. 7, in the City of Shasta Lake City, County of Shasta, State of California, as per Map thereof filed September 19, 1938 in Book 5 of Maps at Page 34, Shasta County Records.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: November 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE