PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00112-WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| MAURA MARTINEZ, | |
| Defendant. | |

     Defendant Maura Martinez has filed a Motion for Compationate Release in which she makes several representations concerning her medical condition, including a claim that she contracted a virus during her incarceration, that she continues to suffer with symptoms related to long Covid, possibly lung disease, due to long term exposure to mold and asbestos contamination at FCI Dublin, that she has headaches, nasal congestion, muscle aches, hacking cough, blood vessels bursting in her eyes, and fatigue.  Defendant made no effort to seal these allegations.  Now, in response to defendant's allegations, the United States seeks to file defendant's actual medical records from the Bureau of Prisons under seal.  The court can discern no logical reason to place those records under seal while defendant herself has elected to place all of her medical complaints on the record in full public view.  See Langemo v. Blue Cross of Idaho Health Serv. Inc., No. 1:19-CV-370 WBS, 2020 WL 13605313 (D. Idaho, October 14, 2020).  Nevertheless, since the United States has made the request, and defendant

does not object, pursuant to Local Rule 141(b), and based on the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Maura Martinez, and the Government's Request to Seal shall be SEALED until further order of this Court upon the request of the United States Attorney, the defendant, or any other interested party.  See United States v. Lopez-Perez, No. 1:14-CR-0045 AWI, 2021 WL 809396 (E.D. Cal. Mar. 3, 2021).

Dated:  June 2, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE